**DISMISS; and Opinion Filed July 9, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00304-CV

**ALLANTEE HOLDINGS, INC., AND ESTEE URAM-JARVIS, Appellants**

**V.**

**HAMMERSMITH REALTY, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06138**

## MEMORANDUM OPINION

Before Justices Molberg, Osborne, and Reichek
Opinion by Justice Molberg

Before the Court is appellants' motion to dismiss the appeal.[1]  Appellants inform the

Court that the parties have resolved the matters in dispute and that the appeal is now moot.

Accordingly, we grant the motion and dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


/Ken Molberg/
KEN MOLBERG
JUSTICE

190304F.P05

---

[1]  Although the motion represents it is filed jointly by the parties, it is signed only by counsel for appellants.  Accordingly, we will treat the motion as appellants' motion.  We note that in a June 5, 2019 unopposed motion for extension of time to file its brief, appellee reported the parties were close to resolving the matters in dispute.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLANTEE HOLDINGS, INC., AND
ESTEE URAM-JARVIS, Appellants

No. 05-19-00304-CV        V.

HAMMERSMITH REALTY, INC.,
Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-06138.
Opinion delivered by Justice Molberg.
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 9th day of July, 2019.